IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BILOXI FREEZING & PROCESSING, INC., GULFSIDE CASINO PARTNERSHIP and JOHN CARLTON DEAN                    PLAINTIFFS

VERSUS                    CIVIL ACTION NO. 1:16-cv-117-KS-MTP

MISSISSIPPI POWER COMPANY                    DEFENDANT

**PLAINTIFFS' RULE 41(a) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST MISSISSIPPI POWER COMPANY**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs Biloxi Freezing & Processing, Inc., Gulfside Casino Partnership, and John Carlton Dean (collectively, "Plaintiffs"), file this Notice of Voluntary Dismissal of the Complaint filed in above-captioned action against the Defendant, Mississippi Power Company. This Notice of Voluntary Dismissal is without prejudice.

Respectfully submitted this the 22nd day of April, 2016.

**BILOXI FREEZING & PROCESSING, INC., GULFSIDE CASINO PARTNERSHIP and JOHN CARLTON DEAN**

BY: /s/ JOE SAM OWEN (Bar No. 3965)

## CERTIFICATE OF SERVICE

I, JOE SAM OWEN, of the law firm of Owen, Galloway & Myers, P.L.L.C., do hereby certify that I have this date electronically filed the above and foregoing *Plaintiffs' Rule 41(A) Notice Of Voluntary Dismissal Without Prejudice Against Mississippi Power Company* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Ben H. Stone at bstone@balch.com, Jonathan P. Dyal at jdyal@balch.com and K.C. Hightower at kchightower@balch.com.

Respectfully submitted this the 22nd day of April, 2016.

/s/JOE SAM OWEN (Bar No. 3965)


JOE SAM OWEN (Bar No. 3965)
ROBERT P. MYERS, JR. (Bar No. 9007)
OWEN, GALLOWAY & MYERS, P.L.L.C.
1414 25TH AVENUE
OWEN BUILDING
POST OFFICE DRAWER 420
GULFPORT, MS 39502-0420
TEL:   (228) 868-2821
FAX:   (228) 868-2813
Email: jso@owen-galloway.com
       rpm@owen-galloway.com